# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Raymond Warren,                                          Case No. 3:14CV306

        Plaintiff

        v.                                          **JUDGMENT ENTRY**

Ed Sheldon, Warden, et al.,

        Defendants

In accordance with the order entered contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1.     Plaintiff's motion for leave to file a third amended complaint (Doc. 57) be, and the same hereby is, denied; and

2.     Defendant Kallenberg's motion for summary judgment (Doc. 50) be, and the same hereby is, granted.

So ordered.

                                /s/ James G. Carr
                                Sr. U.S. District Judge